FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 3 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00244 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| DERON WALKER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.    On or about March 16, 2023, the defendant,

DERON WALKER,

had been previously and knowingly convicted of a crime punishable by a term of imprisonment

exceeding one year, that is: Theft by Receiving, in Jefferson County, Arkansas, Circuit Court in

Case Number 35CR-09-219.

B.    On or about March 16, 2023, in the Eastern District of Arkansas, the

defendant,

DERON WALKER

knowingly possessed, in and affecting commerce, a firearm, that is: a F.N., model Five-Seven

MK2, 5.7x28mm pistol, bearing serial number 386428077, in violation of Title 18, United States

Code, Section 922(g).

### COUNT 2

On or about March 16, 2023, in the Eastern District of Arkansas, the defendant,

DERON WALKER,

1



knowingly and intentionally possessed with intent to distribute at least 40 grams, but less than 400 grams, of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 3

On or about March 16, 2023, in the Eastern District of Arkansas, the defendant,

DERON WALKER,

knowingly and intentionally possessed firearm, that is: a F.N., model Five-Seven MK2, 5.7x28mm caliber pistol, bearing serial number 386428077, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FORFEITURE ALLEGATION 1

Upon conviction of Count 2 of this Indictment, the defendant, DERON WALKER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

### FORFEITURE ALLEGATION 2

Upon conviction of Count 2 of this Indictment, the defendant, DERON WALKER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## **FORFEITURE ALLEGATION 3**

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, DERON

WALKER, shall forfeit to the United States, under Title 18, United States Code, Section 924(d),

Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all

firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]